| | | |
|---|---|---|
| BONNIE S. TERRAL | : | 31ST JUDICIAL DISTRICT COURT |
| VERSUS NO. C-624-21 | : | PARISH OF JEFFERSON DAVIS |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, ALBRITTON FARMS, INC., PHAT DADDY TRANSPORT, INC., and HOLLEY OBANNON | : | STATE OF LOUISIANA |

Filed: October 29, 2021         *Barbie Reed*
                                Deputy Clerk of Court

## PETITION FOR DAMAGES

BONNIE S. TERRAL, a major person who resides and who is domiciled in the State of Texas, appears now before the Court through her undersigned counsel and petitions the Court for the recovery of damages and the other relief and remedies prayed for in this petition on the following grounds and for the following reasons:

1.

Made defendants herein are:

a) NAVIGATORS SPECIALTY INSURANCE COMPANY, on information and belief, a foreign insurance company registered to do and actually doing business in the State of Louisiana that may be served through its designated agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

b) ALBRITTON FARMS, INC., on information and belief, a foreign corporation authorized to do and doing business in the State of Florida that can be served through its agent for service of process, Gustason & Davis Financial Services, Inc., 1063 HWY 90, Chipley, Florida;

c) PHAT DADDY TRANSPORT, INC., on information and belief, a foreign corporation authorized to do and doing business in the State of Alabama that can be served through its agent for service of process, Christie Albritton, 6330 East Highway 52, Webb, Alabama; and

d) HOLLEY OBANNON, a major person who resides in the state of Alabama, who may be served via the Louisiana Long Arm Statute at 104 Woodleigh #4 Road, Dothan, Alabama.

2.

On November 29, 2020, at approximately 5:37 p.m., BONNIE S. TERRAL was the driver of a 2017 Toyota Tacoma traveling westbound on Interstate 10 in Jefferson Davis Parish, Louisiana, near milepost 54.

3.

At all times relevant to this action, BONNIE S. TERRAL was a properly licensed driver and operated the 2017 Toyota Tacoma in a prudent and safe manner, complying with all applicable rules and regulations.

4.

On the same date and at the same approximate time, HOLLEY OBANNON was the operator of a 2017 Kentworth tractor trailer traveling westbound on Interstate 10. The 2017 Kentworth tractor trailer was owned by ALBRITTON FARMS, INC. and at all times relevant to this action, HOLLEY OBANNON operated the 2017 Kentworth tractor trailer with the consent of ALBRITTON FARMS, INC., whether by express consent or operation of law.

5.

On information and belief, at all times pertinent to this action, HOLLEY OBANNON operated the 2017 Kentworth tractor trailer owned by ALBRITTON FARMS, INC. for the benefit and in support of a joint business venture or other like business relationship, whether pursuant to a written contract or otherwise, existing between ALBRITTON FARMS, INC. and PHAT DADDY TRANSPORT, INC., and, accordingly, ALBRITTON FARMS, INC. and PHAT DADDY TRANSPORT, INC. are vicariously and solidarily liable for all damages consequential to the actions and conduct of HOLLEY OBANNON, as set forth herein.

6.

At all times relevant to this action, HOLLEY OBANNON was, on information and belief, acting within the course and scope of his employment with and was otherwise acting on behalf of and to the benefit of the defendants, ALBRITTON FARMS, INC. and/or PHAT DADDY TRANSPORT, INC.

7.

HOLLEY OBANNON, traveling on the inside westbound lane merged over into the outside westbound lane striking the Terral vehicle. HOLLEY OBANNON failed to observe or otherwise recognize that the Terral vehicle was properly occupying the outside westbound lane.

8.

The Kentworth tractor trailer struck the Terral vehicle in the front left side causing the vehicle to spin and again making contact with the Kentworth tractor trailer causing damage to the Terral vehicle.

9.

BONNIE S. TERRAL had no opportunity to avoid the collision complained of in this action.

10.

The collision complained of in this action occurred as a sole and direct consequence of the negligence of HOLLEY OBANNON, including but not limited to his failure to observe and respond to traffic conditions, failure to yield to favored traffic, and failure to maintain proper control of his vehicle.

11.

As a direct consequence to the collision complained of in this action, BONNIE S. TERRAL suffered various injuries including but not limited to an injury to her neck and low back and such other injuries as may be established at trial.

12.

As a direct consequence to the collision complained of in this action, the injuries sustained by BONNIE S. TERRAL have caused her to suffer past and future mental and physical injury, permanent disability, loss of enjoyment of life, past and future medical expenses, loss of wages, impairment of earning capacity, and such other damages as may be established at trial.

13.

At all times pertinent hereto, NAVIGATORS SPECIALTY INSURANCE COMPANY, was the insurer of the 2017 Kentworth tractor trailer owned by ALBRITTON FARMS, INC. and operated by HOLLEY OBANNON.

14.

The amount in controversy exceeds the amount required for trial by jury.

ACCORDINGLY, BONNIE TERRAL asks that the defendants, NAVIGATORS SPECIALTY INSURANCE COMPANY, ALBRITTON FARMS, INC., PHAT DADDY TRANSPORT, INC., and HOLLEY OBANNON be duly cited and served with process in this action, and after due proceedings in accordance with law, there be judgment rendered in this action in her favor and against NAVIGATORS SPECIALTY INSURANCE COMPANY, ALBRITTON FARMS, INC., PHAT DADDY TRANSPORT, INC., and HOLLEY OBANNON, finding defendants solidarily liable for such damages as are reasonable based on the facts and claims asserted in this action along with legal interest from date of judicial demand

until paid in full, all costs in this action, and for such other relief as may be proper under the facts and law presented.

By her attorneys,

LUNDY, LUNDY, SOILEAU & SOUTH, LLP

_____
Rudie R. Soileau, Jr.    Bar No. 2119
501 Broad Street
Lake Charles, LA  70602
Telephone: (337) 439-0707
Facsimile:  (337) 439-1029

and

Taylor Miller
Reaud, Morgan, & Quinn, L.L.P.
P.O. Box 26005
Beaumont, TX 77720
Telephone: (409) 838-1000
Facsimile:  (409) 833-8236

Counsel for Bonnie Terral

**SERVICE INSTRUCTIONS**:

NAVIGATORS SPECIALTY INSURANCE COMPANY
Through its agent for service of process:
Louisiana Secretary of State
5585 Archives Avenue
Baton Rouge, Louisiana 70809

VIA LOUISIANA LONG ARM STATUTE:
ALBRITTON FARMS, INC
Through its agent for service of process:
Gustason & Davis Financial Services, Inc.
1063 HWY 90
Chipley, Florida

VIA LOUISIANA LONG ARM STATUTE:
PHAT DADDY TRANSPORT, INC.
Through its agent for service of process:
Christie Albritton
6330 East Highway 52
Webb, Alabama

VIA LOUISIANA LONG ARM STATUTE:
HOLLEY OBANNON,
104 Woodleigh #4 Road
Dothan, Alabama

A TRUE COPY OF THE ORIGINAL
JENNINGS, LA. October 29, 2021
DY. CLERK OF COURT
JEFFERSON DAVIS PARISH