UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BONNIE S. TERRAL | * | NO. 2:22-CV-00082-JDC-KK |
| | * | |
| VERSUS | * | JUDGE JAMES D. CAIN, JR. |
| | * | |
| NAVIGATORS SPECIALTY INSURANCE CO., ET AL | * | MAGISTRATE KATHLEEN KAY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF FINAL DISMISSAL

CONSIDERING the foregoing Stipulation of Dismissal, and finding the same to be good and sufficient;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cause be, and the same is hereby dismissed, with prejudice, as to the claims against all defendants, each party to bear their own costs.

Lake Charles, Louisiana, this  2nd   day of  October        , 2023.

_____
JUDGE JAMES D. CAIN, JR.